**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-20727-GAYLES**

**CHANEL, INC.,**

     **Plaintiff,**

**v.**

**NODSTROM-BAG.COM a/k/a**
**NORDSTROMRACKSHOP.COM a/k/a**
**TJSHOPDEALS.COM, an individual, business**
**entity, or unincorporated association,**

     **Defendant.**

_____/

**ORDER**

     **THIS CAUSE** comes before the Court on Plaintiff Chanel, Inc.'s ("Plaintiff") Motion for Entry of Default Final Judgment Against Defendant (the "Motion"). [ECF No. 14]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1.    On February 4, 2026, Plaintiff filed this action against Defendant nodstrom-bag.com a/k/a nordstromrackshop.com a/k/a tjshopdeals.com, an Individual, Business Entity, or Unincorporated Association ("Defendant"), alleging claims for trademark counterfeiting and infringement, false designation of origin, common law unfair competition, and common law trademark infringement. [ECF No. 1].

2.    On February 27, 2026, pursuant to the Court's Order Granting Plaintiff's Motion for Alternate Service, [ECF No. 7], Plaintiff served Defendant via e-mail and website posting on Plaintiff's serving notice website, [ECF No. 10]. Defendant failed to timely answer or otherwise respond to the Complaint.

3.      On March 24, 2026, Plaintiff filed a Motion for Clerk's Entry of Default against Defendant, [ECF No. 11], and the Clerk entered a default against Defendant, [ECF No. 12].

4.      On March 31, 2026, Plaintiff filed the instant Motion seeking a default judgment against Defendant. [ECF No. 14].

5.      As a result of Defendant's failure to appear, respond to the Complaint, or otherwise appear in this action, the Court accepts as true Plaintiff's claims for trademark counterfeiting and infringement, false designation of origin, common law unfair competition, and common law trademark infringement. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Default Final Judgment, [ECF No. 14], is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58(a), final judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of April, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2